UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
WESTERN DIVISION

| | |
|---|---|
| MURRIAL LEE, | ) |
| Petitioner, | ) |
| v. | ) Case No. 7:23-cv-00232-LSC-HNJ |
| WARDEN NEELY, | ) |
| Respondent. | ) |

## MEMORANDUM OPINION

The Magistrate Judge entered a report (Doc. 10) on December 13, 2023, recommending the court deny petitioner Murrial Lee's ("Lee") petition for a writ of habeas corpus brought pursuant to 28 U.S.C. § 2241 (Doc. 1) and dismiss her claim with prejudice as meritless. No objections have been filed.

After careful consideration of the record in this case and the Magistrate Judge's report, the court **ADOPTS** the report and **ACCEPTS** the recommendation. Consistent with that recommendation, the court finds that Lee's petition for a writ of habeas corpus brought pursuant to 28 U.S.C. § 2241 (Doc. 1) is due to be denied and her claim is due to be dismissed with prejudice. A final judgment will be entered.

**DONE** and **ORDERED** on February 13, 2024.

_____
L. Scott Coogler
United States District Judge

160704